UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-23077-CIV-UNGARO

FALCON FARMS, INC.,

    Plaintiff,

v.

R.D.P. FLORAL, INC.,

    Defendant.
_____/

## ORDER ON MOTION TO STAY

THIS CAUSE came before the Court upon Defendant's Motion to Stay Discovery Deadline Pending Outcome of Defendant's Counsel's Motion to Withdraw, filed on July 9, 2008 (D.E. 53).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. As the Court is denying the Motion to Withdraw, no grounds exist to extend the discovery deadline. It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 53) is DENIED.

DONE AND ORDERED in Chambers, in Miami, Florida, this 9th day of July, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

*Copies provided to:*
counsel of record